UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-CV-22876-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RESIDENCIAL EL PRADO CONDOMINIUM
ASSOCIATION, INC.,

    Defendant.

_____/

**FINAL ORDER OF DISMISSAL**

    **THIS CAUSE** comes before the Court upon Notice of Voluntary Dismissal filed by Plaintiff on August 6, 2014, wherein Plaintiff informs the Court that this case was an erroneous duplicate filing.

    Accordingly, upon review of the Motion and the Court being otherwise fully advised, it is hereby **ORDERED, ADJUDGED, and DECREED** that the above-styled case be, and the same is hereby **DISMISSED**. The Clerk is hereby directed to Close this case.

    **DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this 11th day of August, 2014.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:    **All counsel of record**